IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SIMPLYFRESCO, LLC, | § § § | |
| *Plaintiff,* | § § § | SA-20-CV-00893-FB |
| vs. | § § § | |
| LA TORTILLA FACTORY INC., | § § § | |
| *Defendant.* | § | |

## ORDER

Before the Court in the above-styled cause of action is SimplyFresco's Rule 12(b)(6) Motion to Dismiss [#12], which argues that La Tortilla Factory fails to state a counterclaim against SimplyFresco. In response to the motion, La Tortilla Factory filed an Amended Counterclaim [#19]. The Court will therefore dismiss as moot SimplyFresco's Motion to Dismiss in light of the amended pleading.

**IT IS THEREFORE ORDERED** that SimplyFresco's Rule 12(b)(6) Motion to Dismiss [#12] is **DISMISSED WITHOUT PREJUDICE** to refiling an amended motion challenging the amended pleading.

SIGNED this 16th day of October, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE